UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:21CR00532 SEP-SRW |
| ) | |
| CHRISTOPHER LEE CARROLL, ) | |
| and ) | |
| GEORGE REED, ) | |
| ) | |
| Defendants. ) | |

## RESTRAINING ORDER

This matter having come before the Court upon the Government's ex-parte Motion for Entry of Restraining Order, pursuant to Title 18, United States Code, Section 982(b)(1), which incorporates provisions of Title 21, United States Code, Section 853, and it appearing to the satisfaction of the Court that:

1. A Federal Grand Jury has returned an Indictment including an allegation that certain property would, in the event of conviction, be subject to forfeiture, including but not limited to the following property (the "Subject Property"):

   a. 380 Landon Road, Bourbon, MO 65441, more particularly described as:

   All that part of the Southeast Quarter of the Southwest Quarter in Section Twenty-four (24) Township Forty (40) North, Range Three (3) West of the 5th P.M. Crawford County, Missouri more particularly described as follows: Beginning at the Northeast corner of said quarter quarter section, thence with the quarter section line, being Landon County Road, South 2° 57' 45" West 210.00 feet to a point; thence South 87° 26' 13" West 677.30 feet to an iron rod; thence North 2° 57' 45" East 210.00 feet to an iron rod on the North line of said quarter quarter section; thence with the quarter quarter section line, North 87° 26' 13" East 677.30 feet to the point of beginning;

   with all appurtenances, attachments, improvements, and fixtures thereon;

   a. 2005 Wabash National Corp – Van, VIN: 1JJV532W75L942781;

b. 2008 Reitnouer – Flatbed, VIN: 1RND53A208R021231;

c. 2008 Reitnouer – Flatbed, VIN: 1RND53A228R021232;

d. 2008 Utility Trailer MFG – Van, VIN: 1UYVS25328G417011;

e. 2009 Trail King – Lowboy, VIN: 1TKJ048219W097519;

f. 2009 Utility Trailer MFG – Van, VIN: 1UYVS25319P594201;

g. 2009 Utility Trailer MFG – Van, VIN: 1UYVS25389P594213;

h. 2009 Utility Trailer MFG – Van, VIN: 1UYVS25389P594311;

i. 2009 Wabash National Corp – Van, VIN: 1JJV532W29L316514;

j. 2012 East Manufacturing – Flatbed, VIN: 1E1H5Y284CRG46525;

k. 2013 International Prostar – Tractor Truck – LF627 Premium, VIN: 3HSDJAPR1DN359175;

l. 2013 Kenworth Construction – Tractor Truck – T600, VIN: 1XKAD49X3DJ334169;

m. 2013 Peterbilt 587 - Tractor Truck, VIN: 1XP4D49X1DD180695;

n. 2014 Great Dane Trailers – Van, VIN: 1GRAA0625EW701217;

o. 2014 Utility Trailer MFG – Van, VIN: 1UYVS2532EU781202;

p. 2014 Kenworth Construction – Tractor Truck – T680, VIN: 1XKYD49X8EJ400473;

q. 2014 Peterbilt 389 - Tractor Truck, VIN: 1XPXD49X0ED217699;

r. 2014 Reitnouer Trailer - Flatbed, VIN: 1RND53A24ER030526;

s. 2015 Peterbilt 579 – Tractor Truck, VIN: 1XPBD49X3FD279190;

t. 2015 Peterbilt 579 – Tractor Truck, VIN: 1XPBD49X8FD279184;

  u. 2016 Kenworth Construction – Tractor Truck – T680, VIN: 1XKYD49X2GJ484227;

  v. 2016 Kenworth Construction – Tractor Truck – T680, VIN: 1XKYD49X2GJ499231;

  w. 2016 Peterbilt 579 – Tractor Truck, VIN: 1XPBD49X9GD337336;

  x. 2016 Benson Trailer - Flatbed, VIN: 1TTE532A3G3917784;

  y. 2016 Fontaine Trailer - Flatbed, VIN: 13N1532C7G1517746;

  z. 2016 Fontaine Trailer - Flatbed, VIN: 13N1532C3G1518599;

  aa. 2016 Fontaine Trailer – Flatbed, VIN: 13N1532C8G1518565;

  bb. 2018 Great Dane Trailers – Van, VIN: 1GRAA0625JW111352; and

  cc. 2020 Transcraft Corp – Flatbed, VIN: 1TTE532C0L3197579.

  2. The Government has moved for an Order, pursuant to Title 18, United States Code, Section 982(b)(1), which incorporates provisions of Title 21, United States Code, Section 853(e), to preserve the availability of certain potentially forfeitable assets, more fully described above, and to prevent the alienation, encumbering or wasting of those assets;

  3. Reasonable cause has been shown for the entry of a restraining order to preserve the property described above based upon the Indictment submitted by the Government;

 It is, therefore, the order of this Court that this restraining order issue, to wit:

  a. That any beneficiaries, designees, or trustees, their agents, servants, employees, attorneys, family members, or others having any interest or control over the Subject Property, shall not, without approval of this Court following notice to the Government and an opportunity for the Government to be heard, do any of the following with regard to the property described below:

3

Alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the property in any manner, directly or indirectly;

Cause the property to be alienated, dissipated, transferred, sold, assigned, leased, encumbered, or disposed of in any manner;

Take, or cause to be taken, any action which could have the effect of concealing or moving the property from the jurisdiction of this Court, or that would have the effect of depreciating, damaging or in any way diminishing the value of the property.

b. It is further Ordered that if the Subject Property is transferred or disposed of by any means, the party or parties responsible for its disposal or transfer shall account to the Court for the disposition and location of the property, which may include the relinquishing of all proceeds obtained from any sale, auction, or other disposition.

c. It is further Ordered that Defendants shall be served with a copy of this Order.

d. It is further Ordered that the Defendants will be permitted, in the alternative to the other provisions of this Order, to execute a performance bond found satisfactory to this Court, pursuant to Title 21, United States Code, Section 853(e)(1).

So Ordered, this __17th____ day of __November_____, 2021.

*Sarah E. Pitlyk*
_____
THE HONORABLE SARAH E. PITLYK
United States District Court Judge

4