## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:21-CR-532 SEP (SRW) |
| CHRISTOPHER LEE CARROLL & GEORGE REED, | ) |
| Defendant(s). | ) |

### ORDER

This matter is before the Court on Defendant Carroll's Motion to Quash Portions of Newly Issued Grand Jury Subpoena. (ECF No. 72). A question exists as to Defendant Carroll's standing, as an individual defendant, to challenge the grand jury subpoena issued to Square One Group. Although both parties briefly discuss this issue in their pleadings, neither party fully addresses the issue. Therefore, the Court orders the parties to file supplemental briefs addressing whether Defendant Carroll has standing to challenge, on his own behalf, the grand jury subpoena issued to Square One Group no later than April 15, 2022.

So Ordered this 31st day of March, 2022.

STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE