UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:21-cr-532-2 SEP |
| | ) | |
| GEORGE REED, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW Defendant, George Reed, by and through counsel, and hereby moves this Court to continue the sentencing hearing scheduled for December 7, 2022, by a period of ninety (90) days. In support of this motion, Defendant states as follows:

1. Defendant entered a guilty plea on September 6, 2022.

2. Defendant is presently scheduled to be sentenced on December 7, 2022.

3. Counsel has received and reviewed the Presentence Investigation Report with Defendant. There are some potential issues with the PSR that counsel plans to address with the probation office prior to the sentencing hearing.

5. Due to competing work obligations along with complexities specific to this case, counsel anticipates this process will require an additional ninety (90) days beyond the current scheduled sentencing hearing.

6. Defendant, through counsel, has spoken with Assistant United States Attorney Gwen Carroll. Ms. Carroll has no objection to Defendant's request.

1

WHEREFORE, Defendant respectfully requests this Honorable Court continue the sentencing hearing presently scheduled for December 7, 2022, by a period of ninety (90) days.

Respectfully submitted,

ROSENBLUM, SCHWARTZ & FRY, PC

By:   /S/ Marc Johnson
MARC JOHNSON, #58065  MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Gwen Carroll, assistant United States attorney.